UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Sandra Thymes
10641 Hillglen Avenue
Baton Rouge, GA 70810

**name of plaintiff(s)**

versus

Neighbors Federal Credit Union
Rick Jones
12529 Perkins Road
**name of defendant(s)**

CIVIL ACTION

NO._____ )

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):
   My Civil Rights and Human Rights were violated. Title VII of the Civil Rights Act of 1964.

2. Plaintiff, _Sandra Thymes_ resides at

   _10641 Hillglen Avenue_, _Baton Rouge_,
   street address                     city

   _East Baton Rouge_, _LA_, _70810_, _225-202-1771_.
   parish              state  zip code  telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, _Neighbors Federal Credit Union_ lives at, or

   its business is located at _12529 Perkins Road_,
                               street address

   _Baton Rouge_, _East Baton Rouge_, _LA_,
   city              parish              state

   _70810_, _225-819-5795_.
   zip code  telephone number

**RECEIVED**

SEP 0 3 2021

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

**Neighbors Federal Credit Union**

I had been an employee with Neighbors Federal Credit Union (NFCU) since 1996 for over 24+ years. I started as a Collector and worked my way up to Asst. Vice President. I expected to retire from there as I was well liked and respected by employees and management and had received excellent reviews and numerous awards at the company. I have never received any write-ups, warnings, or disciplinary actions from HR during my employment there. My interpersonal communication and leadership skills have remained consistent during my employment with Neighbors and have allowed me to move up in the company and had never been questioned before. I did not encounter any issues in the workplace until 2018 when my immediate supervisor, Rick Jones, began to target me and divide the Collections team against me and discredit my name.

**It is my assertion that once I reported issues to Human Resources and Senior Management that I was in a hostile work environment and felt threatened, discriminated, harassed, mistreated, and bullied that action should have been taken by the company to immediately resolve. Instead nothing was done and I was kept in a hostile working environment which then began to impact my health. As we are now seeing from COVID, that health is something very important to protect. I never had any stress related health problems before 2018. Rick was allowed to mistreat me, bully me, remove my jobs duties with no explanation in writing or justification and the company allowed it with no consequences to Rick. He received no additional training or education to improve his management techniques. Very few notifications were sent to me from HR, on the number of incidents that I reported, stating that they had been resolved and what action was taken. There are still many open incidents never addressed or resolved by HR.**

In 2014, Steve Webb, acting CEO, asked me to apply for the Vice President position as Diane Cole, current VP, was retiring. After Diane retired in May 2014, I was the acting VP and assumed her job duties from 5/2014 to 8/2014. I remained overseeing the department until Rick completed New Hire Orientation. I was the acting VP, on at least 4 other occasions while an employee at Neighbors.

I was informed by Jodi Mac (now deceased) that her salary was adjusted when she stepped in as acting VP for the IT Department, for Steve Schexnayder. She was later promoted to the VP of that department. Neighbors never adjusted my salary when asking me to become the acting VP for the Collections Dept for Diane Cole. Neighbors asked Steve Schexnayder to step down as VP temporarily, which is when Jodi stepped in. Neighbors evidentially returned Steve to his VP position. Steve continues to work at Neighbors in a different position.

HR never informed me that I was eligible for a pay increase when taking the Acting VP role in Collections. Other employees received a pay adjustment.

Below is a list of AVP's (current/past) while I worked at NFCU. In speaking with some of the AVP's regarding their salary there seems to be a discrepancy is the pay offered to black AVP's verses white AVP's.

1. Courtney Valentine
2. Nguyet Nguyen – Past
3. Cheri Settoon – Current
4. Bradley Hebert
5. Cynthia Marshall (Black)
6. Kent Landacre
7. Frances Davis Jackson (Black)
8. Erika Bachand

9. Sarah Delanoix
10. Trevor Gautreaux
11. Kristi Thornhill
12. Bridgette White – Past AVP of Mortgage
13. Trisha Prilleux
14. Alisa Eaton
15. Paula Mayeux
16. Angela Kirkpatrick
17. Rosalyn Hawkins (Black)
18. Atalia Williams (Black)
19. Jeremy Sanford (Black)

In 2014, Rick Jones was hired as the new VP of Collections. I was asked to train Rick on company process and procedures regarding the Credit Union, as Rick came from a Banking background and had no knowledge of Credit Union policies. Both Kathi Gill (CEO) and Steve Webb took me and Rick out to lunch and gave me high praise stating that I had a wealth of knowledge and would be his go-to person.

Since Rick's employment in 2014, I worked very closely with him and included him on all emails, meetings, and my day to day work activity. All decisions made for employee write-ups and disciplinary actions were discussed and approved with Rick. If Rick was not in the office, which was infrequent, then HR was contacted immediately and engaged for their support in handling employee related matters.

I begin to notice a change in Rick's behavior and treatment towards me in 2017. On 10/19/2017 I emailed Rick listing examples of his inconsistent behavior, which I personally witnessed in the office, regarding the Collection team. Instead of this email bringing about change, discussion, and resolution it brought on the adverse effect and I became a targeted employee by Rick Jones.

My annual Performance reviews, at NFCU, were conducted in the month of February, for the previous year. In 2018, a group of disgruntled Collection Employees (Atalia, Lydia, and Adrianne), while walking to Atalia Williams office, to collectively write a review about me, were overheard saying that "They were going to get me". Disgruntled employees are those that I have reprimanded or written up for breaking company policies. This feedback from some of the Collectors is what Rick Jones is claiming he used to lower my review scores and state I needed improvement on my interpersonal communication skills. The following disgruntled team members participated in a collective review for me and went in and out of Atalia's office throughout the day:

- Atalia
- Lydia – Recently written up
- Nicole - Had discussions with Nicole on several occasions, about her being a team player. When I would give her work assignments outside of her normal Bankruptcy work she didn't want to do it. Our department had team goal/metrics that needed to be met. This was emailed and shared with Rick. Rick still gave her outstanding reviews.
- Jackie – Recently written up;   after Rick and I met with Jackie she was not happy about her review. Jackie later went back to Rick's office to discuss her review. She later came to my office and stated that Rick told her to change her review score. This is an example

of putting one manager against another. Rick has the power to change a review he doesn't need me to handle it.

- Adrianne – Recently written up. She was very disrespectful to me in front of the team and Rick was aware of her actions. Removed Adrianne from retrieving the Collections mail as she would receive mail in the morning but would not give me my mail until late afternoon. Also Frances Davis, the Branch Manager at the Goodwood office, informed me that Adrianne was sending cash money to members by mail. She accused Frances of knowing about this and state that Frances had also gave her money to send to clients. Frances blatantly said this was a lie. I questioned Adrianne about this and she informed me that she always did this, I informed her that wasn't acceptable and goes against company policy. She was aware that this was company policy as she has been with the company, at that time, for over 5 years. She begged me not to inform Rick but I had to follow company procedures and alert him. Rick met with Adrianne, without me present, and informed her that I had told him what had occurred. After which she became extremely hostile towards me until she applied for a position in another department. Adrianne also would work late without justification for working over 40 hours. When I called this to her attention she became upset with me. This happened several times until I had to get Rick involved for this action to stop.
- Rob Simon – On several occasions instructed Rob to stay in his office and not distract other employees with conversations for long period of times. I would let them know that it was time to get back to work. While team members will mingle occasionally it cannot become excessive as this impacts productivity.
- Audrey – On several occasions I alert Audrey about her slow work pace as the previous collector did the work more efficiently and in a timing matter. I tried coaching her to improve any deficiencies and help improve her performance. Instead of receiving my feedback to would tell me what I needed to do to improve the Collections Department. Her behavior changed once the team saw Rick and I were divided as she never did this in the past. She would also listen.

NOTE: Several employees informed me of the meeting, in Atalia's office, to write a collective Supervisor Review on me, and they chose not to participate. I personally witnessed them going in and out of Atalia's office throughout the day. Reviews are supposed to be done individually base one the employees experience not a group effort. Those employee reviews basically stated the same information. I reported this to Rick Jones and Yolanda Whitmore (HR). No action was taken.

Some employees informed me that they did not participate in the character assassination and writing an accurate Supervisor Review as done by Atalia, Jackie, Audrey, and Lydia. Some of these Collectors are close friends and have been for years. They were anticipating to write bad things in my review just because some of them wanted revenge of my disciplinary action towards them.

Characteristics of Collectors:
- Atalia – She was very close with Jackie, Audrey and Adrianne when she was in the department. She was a follower when she was on the collection floor.
- Audrey – She was very close with Atalia and Jackie. Her work was very slow and I would address this with her. She would also listen to Nicole before listening to her supervisor.

- Adrianne – Poor character and always caught in lies. She pretty much did what she wanted once she knew Rick and I were not on the same page. Insubordinate on several occasions.
- Jackie – Poor character and also caught in many lies in her work. I met with her many times about her performance and to stop doing her husband towing business while on NFCU clock. She would always tell New Collection Hires the following: (1) We need to stick together on the floor and have each other's back (2) Don't make too many calls or that is what management will begin to expect. Many of the collectors came to me informing me of this comment which I also shared with Rick, but again he ignored it.
- Nicole – She Nicole (white) never wanted anyone of color to tell her anything, therefore when I would ask her to help the team she refused. She would talk to Richard Euwer from the Goodwood Branch for hours about private NFCU business or would be on her cell phone. Rick was aware that Nicole was not performing at the highest level and still he gave her outstanding reviews each year. My office was right next to hers so I was able to hear her conversations regarding credit union business. Nicole reported a lot of negative information about the previous VP (black), Diane Cole. She never wanted to do anything extra when she completed her work. She was also a liar and a thief. , also she was caught in a lie, when me and the previous VP Diane Cole was informed an umbrella was missing for an event and all had been counted -The Marketing Department, had an event, and had a specific numbers of umbrella for the event. Some went missing and then VP, Diane Cole, asked each team member if they took an umbrella by mistake. Nicole stated no, she didn't take it. The IT Department pulled the tape and saw she was caught stealing the umbrella and walking out with it. Diane Cole asked Nicole Carter-Duhon to bring it back which she did.
- Lydia – Long file of being a trouble maker and complainer. She was informed many times not to sleep on the job and to not watch videos at her desk. Rick witnessed this behavior on many occasions and was never wrote her up.
- Rob – I informed him on many occasions to stay at his desk and work and stop the excessive walking around and talking to others; as well as having females in his office talking for a long periods of time. I approached him on many occasions to increase his productivity.

In 2018, Rick Jones sent me an email asking me to report to another NFCU location (Plaza) without providing any details of the meeting. Once I entered the office with him, a member from the HR team (Dawanda Carter) entered the office. Rick then stated he brought me here to do my annual performance review. I was shocked because in my 20+ years this had never happened. Rick proceeded to go over my review and discuss events that never took place or were inaccurate. I asked Rick to provide documentation and justification for these accusations and low ratings because the review provided no supporting documentation to justify him lowering my scores or support what he was saying. Rick never provided any feedback throughout the year that there were any improvements needed in my work methods, interpersonal skills, or management of the team.

In 2018, after my review with Rick and HR journalist, I went directly to Dan Robichaux (Chief Admin Officer of HR), immediately after my review to report the unfair treatment and blatant lies I received in my review. I had previous provided Dan a document dated 10/19/17 about Rick's inconsistencies in the workplace. He listened to me and told me to reach out to Greg Inman (Rick's boss).

I contacted HR because how is a manager able to lower my score without any documentation or facts. HR stated there was nothing they could do to make him provide justification or a rebuttal except inform Rick's boss (Greg Inman). In 2018, Greg called a meeting with me and Rick.

Greg asked Rick to provide me with data on why my scores were lowered and Rick remained silent and did not answer. At the end of the meeting Rick finally said he based by review on what employees said. Having written up several of the employees recently, and having witnessed them collectively meeting to write my review, I believed this was unfair and my review not factual and based on my work. I discussed with Rick and Greg why the employees were mad and disgruntled as they had recently been written up (see Exhibit 3). Greg told Rick to begin conducting biweekly meetings with me to discuss any areas of improvement so that I did not feel blindsided in a review again. Rick occasionally had a meeting with me but it was never on coaching me or identifying any areas of improvement. Our discussion were on day to day operations and the Collection numbers. On 3/14/18, I emailed Rick, which I hoped our bi-weekly meetings would be productive and improve any deficient areas.

While I still received a raise, my percentage was less than in previous years because of my lowered score. Rick Jones still has not updated my review with specific details on why my scores were lowered only that it was based on employee feedback. HR was never able to make Rick provide specific details or examples to justify my review scores. In 2019, HR sent out email informing Managers that if they lowered an Employee's score in a Performance Review they must now specify the reason. This was a result of my EEOC claim in 2019. However Rick still did not provide justifications when lowering my score after this HR directive.

On numerous occasions, I informed Human Resources, about the being discriminated against, bullied, and forced to continue to work in a hostile work environment. There are numerous incidents that I reported to management and HR that have still not been resolved. All incidents logged to HR were asked to be added to my file. In 2019, I had multiple conversations with Yolanda Whitmore, in HR, that I was afraid of being in the Collections as employees threatened me, Rick's treatment of me in removing my core job duties, and being targeted, bullied, and harassed in the workplace.

On 8/2/19, I filed claim with EEOC for Discrimination against NFCU. EEOC Charge No.: 461-2019-02360. I hired an attorney.

On 6/11/20, Rick and HR VP gave me notice. NOTE: No offers to help me find work within company, go part-time, etc..
Three people from the Collections department were let go:
- Lolitha Payton was the last hired in the Collections Department on 9/30/19.
- Shantonal Johnson was currently on Probation for violating confidentiality and personal conduct statement, use of communication systems, and code of conduct.
- Myself – The only manager let go, with a history of dedicated services of over 20 years the company which would have been 25 as of February 2021. Which leads me to believe it was related to me filing an EEOC claim in 2019.

**Rick Jones**

While my work environment and relationship with Rick begun deteriorating in 2018, after I filed the EEOC claim I begun to fill ostracized by Rick in the workplace as I slowly watched my core job duties being taken away or completely vanished. For over 20+ years my dedication to the company and hard work was rewarded and acknowledged, so too completely feel bullied in my work place affected my health and outlook on the company. I followed the correct processes and procedures but didn't received any help or resolution to the problem.

After my performance review, in 2018, I was no longer able to write up employees. Prior to 2018, I was able to write up people with Rick's approval. Per Rick, all write up meetings with the employees were conducted in my office, while all merit increases were conducted in his office. Rick let me do all the talking in the write-up meeting and would say "Sandra is the one who wanted to write you up". This led the team as seeing me as the bad manager and him being the good manager.

In 2019, Rick and I discussed hiring a Team Lead for the Collection Specialists. Shortly after this discussion Rick hires one of the team members who reported to me, Atalia Williams. I was not included in the process at all; a person that I would be working with on a daily basis, I wasn't engaged for my feedback.

After Rick hired Atalia, he promoted some of my direct reports, and never consulted with me on picking the right candidate. This is something that I have always been included in as it was one my job duties. For example:
- Jackie Jones (The previous VP and myself hired her into the Department but was not consulted on her promotion). Jackie was still under my leadership when she received her promotion and would continue to be.
- Atalia Williams (I hired her into the Collection Department, but was not consulted on her promotion)
- Delvin Shallow was still under my leadership when he received his promotion but would be transitioning to Atalia's team. I knew nothing about his promotion or him leaving my team.

After I filed the EEOC claim, I was then excluded from hiring people that reported directly to me. The last person hired, which reported directly to me I never even met her until after Rick hired her. I did not meet, interview, question, see a candidate list, or even view a resume as ADP/PerformancePro access was removed. Rick introduced her to me as my new hire, stating she would report to me and that I needed to train her. I was no longer treated as a valued employee or colleague but felt targeted by a bully. The following was the last person hired September 2019:

- Lolitha Payton

Initially Rick told me that Atalia would be over the Collection Specialists and I would remain over the Collectors and our job duties would be different. But after I filed the EEOC claim Rick asked me to do extensive training with Atalia on some of my core job duties. He started to do the following:
- Lessen or eliminated my job duties and gave to Atalia
- I no longer had an input or decision making ability into hiring employees that would report to me
- Revoked my access to the ADP/PerformancePro portal to review new employees
- I could no longer interview potential employees or sit in with VP on the hiring of new employees
- Stopped my reviews of employees

- Stopped me from writing up employees
- Ignored my presence in meetings
- Stopped me from attending certain meetings
- Criticized me on email communications
- Stopped me from receiving department awards and acknowledgements. As I look back on why he did this I see it ties in with him being able to justify giving me a low review and not having me receiving an award for my outstanding service and was done in the past

Rick never had a conversation with me on removing any of my job duties or access to certain systems he just did it. He never provided me an explanation. These actions are listed in the Employee Handbook as traits for bullying (Exhibit 3).

Rick also created an Organizational Chart, where I was listed along with the Collectors instead of under the VP. When asked where he got the chart from he stated HR. When I told him I would contact HR he then said the Intranet. I believe Rick created this chart himself and provided to me, as it does not exist with HR or company website. This was a form of bullying and harassment.

In 2020, when COVID hit, Rick told me to take my things and work from home, and that he would notify my team of my absence. Rick and Atalia remained in the office to work. Once I began working from home I basically had little to no contact with Rick. He worked directly with Atalia and excluded me even more. Rick instructed me to make calls and work accounts like the Collectors, which I did. When I tried to call or email Atalia or Rick, these attempts fell on deaf ears. I had to reach out to some the employees, left in the office, to help me locate Atalia or Rick, only to be told they were sitting at their desks. They were just ignoring my attempts to contact them. The Collection team used the app MaxMobile to communicate with each other during COVID so calls and messages can be easily tracked, as the app synched up to our work extensions.

On 2/4/20, I advised Rick that an employee (Shantonal Johnson) needed to be written up as she used company resources and equipment to run an advance property search on her father. Rick did not want me to write up employees anymore. I told him this was a company violation and had to be written up as I am well versed in company process and procedure as it pertains to Collections. Rick consulted Candace Martin, in HR, and was instructed to have me write up the employee. I never had to engage HR before to be able to exercise one of my core job duties. But Rick would no longer let me write up employees. During the meeting with the employee Shantonal, Rick kept repeating that I was the one who identified the information and that warranted her to be placed on probation. After the meeting I confronted Rick regarding his actions as I perceived this as being targeted as the bad manager. Rick stated that he wanted to give me all the credit. But this is just another example of his behavior in creating a hostile work environment for me by having the employees identify me as 'out to get them'. This led the employee to see me as the bad manager and him as the good manager.

The Credit Union/Banking industry is a very close-knit community where everyone knows and socializes with each other. For instance, Rick and Atalia, attend the same church, Healing Place. Some of the management and employees at NFCU are related, travel partners, hunting buddies, work together at a previous company, or were friends. Some of leadership at NFCU knew Rick from LSU as Steve Webb attended LSU.

# AGE DISCRIMINATION

Since Rick joined the company in 2014, he has hired the following employees in the Collections Department are under the age of 40:
- Delvin
- Jennifer
- Shineeko
- Shatonia
- Lotitha
- Kayla
- Krystal
- Crystal

Rick never hired anyone in the Collections Department over the age of 40. When Rick would see me talking to the younger employees he would tell me not to get too friendly with the staff.

Examples:
a. I told Delvin about being on Facebook while at work. Rick told me don't address him.
b. Rick told me that Shineeko said and I was picking on her and for me to leave her alone.

Rick didn't want me to manage or say anything to the younger people, he only wanted me to handle the older team members (Jackie, Audrey, Rob, and Valerie all over 50).

There were other incidents of Age Discrimination at NFCU that involved Valerie Pierre and Shirley Rushing.
a. When Adrianne left the department, her position in Overdrawn Savings Accounts became available. I recommended Valerie for the position, who is over 50, as she has been with the company for over 15 years and had the experience. Rick said she was only her for a paycheck and would not consider her for the promotion. The position came with more money and an office. I recommended Valerie for many positions in the department as she was a good employee and had the experience.
b. Shirley Rushing (over 60), the Executive Admin for the CEO, was asked to leave by Dan Robichaux and Yolanda Whitmore.
c. Audrey also applied for the AVP position and is over the age of 50. I coached her and would allow her to manage some of tasks to gain experience in the role. She was college educated and would step in for me when I was out of office, while Atalia did not have any experience or college education.

## DISCRIMINATION

Since being employed with NFCU I had the opportunity to work directly with the leadership there. As I started to see the change in Rick and his treatment of me I documented in and informed HR. Below are just some of the examples of discrimination I encountered in the workplace.

Examples
  a. Rick held meetings and met frequently with Atalia, the other AVP. Rick was instructed to begin bi-weekly meetings with me to discuss any performance issues or concerns, so that I didn't feel blindsided in a review again with negative feedback only being told in an annual performance meeting.
  b. Rick hired Atalia, the new AVP, and stated I would not be interviewing her or providing any input. He stated that since we would be on the same level I didn't need to interview her or be a part of the decision making. Since I worked with the team on a daily basis and had hired the majority of the ones that applied for the position my input was value. I had worked with most of these employees for 8-10 years. It is customary to review and provide feedback with people you will be working with. This is done frequently in NFCU when hiring upper management.
  c. Rick sent an email to Atalia's team letting them know to contact her going forward and not myself. Rick stated I was only to be contacted in their absence. When I saw no email was sent to my team I asked Rick could he also send out the same email.
  d. NFCU's opening and closing procedures are for 2 people to be together. Rick would have me work late and then would not walk me to my car stating that he walked out by himself all the time with no problem. Rick has walked out with other employees when working late but not me. Our office is located across the street for the park where homeless people frequent. He had total disregard for my safety.
  e. Rick would belittle me about my speech. Since day 1, Dan Robichaux told Atalia that she was going to have to work on her speech. Atalia stated that is the way she was raised. Atalia confided this to me during training that her speech, grammar, and dress code had been question many times before by employees and other managers. Atalia had no supervisor, no higher education, poor English and communication skills. She has had numerous writing issues but this is the person Rick selected while he criticized me for my communication skills.

## RETAILIATION

For whatever reason Rick's treatment of me in the workplace begin to intensify after I filed the EEOC claim. This is the only logical conclusion I can come to as my work ethic did not change. Having been an employee with NFCU for almost 25 years I am well versed in their NFCU's policies and procedures. In most companies this is a good thing but I soon realized that in Rick's eyes this was not the case.

Even after, I was laid off from NFCU, I am still feeling the impacts of me filing the EEOC claim. I have applied with several local Credit Unions, where I am well qualified and the company seems to be very interested in the beginning. I've taken and passed tests and assessments, have had 2nd interviews, even background checks ran only to get to the final stage of verifying my previous employment. Once they informed me that they will contact Rick, I never hear back from them.

The Credit Union/Banking industry is a very close-knit community where everyone knows and socializes with each other. For instance, Rick and Atalia, attend the same church, Healing Place. Some of the management and employees at NFCU are related, travel partners, hunting buddies, work together at a previous company, or were friends. So it didn't surprise me when some of the interviewers knew Rick personally. The interviewer would ask me the following question "If I called your previous boss what would he say about you?" My response, was that I was a very dedicated and hard-working employee.

After several successful interviews and their positive feedback that I was a great fit, I never heard back from some of them. I sent thank you emails and follow up calls for a status and no response. On 2/10/21, I contacted Yolanda, the VP of HR, to see if anyone had contacted them HR department for a reference check. She checked and stated no one had contact HR regarding a reference for me as of that date. Based on this knowledge, this led me to believe that Rick was being contacted directly for the reference check, and was retaliating against me preventing me from getting a new job.  I have worked within the Credit Union industry for over 24+ years and NFCU allowed Rick Jones to target me and ruin my reputation.  I will never be able to hold a management position in the Credit Union again in Baton Rouge.

## HEALTH/DISABILITY

My body started to feel the impacts of the stress, bullying and harassment by Rick Jones on verbally and mentally. I had never had to take FMLA since being at the company until Rick Jones became my boss. I was diagnosed with shingles, depression, anxiety, and my right hand begin to feel pain. I have an existing disability in my left arm (very visible) so it's important to be able to use my right hand for work. These are things I have never had before and still have problems with them today which impact my work and home life.

- Home Life: In my home life my sex drive decrease and the close intimacy I once had with my husband as I was in a constant depression. As my body started to change and become scarred with the Shingles I didn't feel attractive anymore and wanted to hide my body.
- Work Life: In my work life, I was less sociable and engaging with my team. I still did my work but would resort to email communication instead of verbal communication. I always let the team know that I had an open door policy and was available to talk about any issues. I felt like I was walking on eggshells. I had to watched Rick's facial expressions and body language before I engaged in a conversations with him. I didn't feel like a valued team member and leader but a scared employee.
- Work Life: There were only 2 people that I know that had a visible disability: myself and Kristi Thornhill. Kristi was the AVP of Virtual Teller and still works at NFCU.
- My personality seemed to change during this period. My confidence and assertiveness was lessen due to the bullying and targeting in the hostile work environment that Rick Jones created. When help was asked for none was received.

EXHIBIT 1
The following Doctors/Others provided care for me during this timeframe 2018-2020:

1. Dr Tyrone Girod – Primary Physician; 225-292-6662; 5617 Galleria Drive Baton Rouge, LA 70816
2. Nurse Arlington 225-292-6662 – 5617 Galleria Drive Baton Rouge, LA 70816
3. Pat Appleton 225-933-8220; referred by Dr Girod to help me deal with the stress
4. Dr Gwaski – Neurologist; – 10101 Park Avenue, Baton Rouge, GA; 225-769-2200 – checked pain in my right hand and Shingles. I also thought I was having a stroke; an MRI was conducted and doctor thought it was dealing with my thyroid caused from the immense stress I was under. In 2021, I just did an ultra sound and I am no longer have any signs or symptoms as my stress level have dramatically decreased since leaving NFCU.
5. Shingles Dermatologist – 225-769-7546; provided medication to treat shingles; would flair up due to the stress
6. Debbie Bueche - Baton Rouge Physical Therapy 225-231-3800 Physical Therapist to help relieve stress in right hand
7. Dr, Shatha Murad – Endocrinologist – 225-246-9240 – Based on the MRI, I had a thyroid biopsy procedure performed to help identify. I never had any thyroid issues prior to the immense stress levels from my job.
8. Beautician- Angela Taylor 225-620-56961 – treated me as hair started to fall out due to stress related to the job.
9. Coach Laura Wolfe 225-266-4064; I asked for someone outside of the company to help me deal with situation with Rick, Yolanda Whitmore in HR, referred Laura.

EXHIBIT 2
Employees who Witnessed the mistreatment towards me from Rick Jones; many are afraid to speak up:

| NAME | PHONE |
|---|---|
| Valerie Pierre | 225-603-3123 |
| Robert Simon | 225-202-4357  or 225-819-5734 |
| Leslie Morris | 225-936-1380 |
| Kayla Washington | 225-931-7916 |
| Audrey Palmer | 225-341-0994 |
| Krystal Ford | 225-302-0245 |
| Shameka Hall | 225-385-2653 |
| Shirley Rushing | 225-931-0016 |