Sandra Thymes
10641 Hillglen Ave
Baton Rouge, LA
70810

Attn Clerk & Court Office
777 Florida Street
Suite 139
Baton Rouge, LA
70801

9/2/21
Due to power out
& No internet. Several
documents are hand
written.
Thanks, Sandra Thymes
225-202-1741

TO DO