UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SANDRA THYMES | : |
| | : |
| VERSUS | : CASE NO. 3:21-CV-00516-JWD-SDJ |
| | : |
| NEIGHBORS FEDERAL CREDIT UNION | : |

## ANSWER AND REQUEST FOR JURY TRIAL

NOW INTO COURT, through undersigned counsel, comes defendant, Neighbors Federal Credit Union (hereinafter referred to as "Neighbors" or "NFCU") and Rick Jones (hereinafter referred to as "Jones") defendants herein and in answer to the plaintiff's complaint deny each and every allegation contained therein except such as maybe hereinafter specifically admitted. And now responding to the specific allegations of the plaintiff's complaint, Defendants state:

### First Defense

The plaintiff cannot make a *prima facie* showing nor bear her ultimate burden of proving discrimination, harassment or retaliation.

### Second Defense

The plaintiff's claims arising more than one year prior to the filing of this lawsuit and/or more than 300 days prior to the filing of her EEOC Charge are time barred and/or prescribed.

### Third Defense

Defendants deny that the plaintiff was subjected to discrimination, harassment or retaliation but state that at all times relevant to this proceeding Neighbors had in full force in effect a policy concerning discrimination and therefore plaintiff has acted unreasonably by failing to take advantage of the preventative and corrective opportunities provided to her by Neighbors. Plaintiff should be equitably estopped from asserting claims against defendants.

- 2 -

**Fourth Defense**

If the plaintiff was harassed, discriminated or retaliated against, which defendants deny, then defendants are not liable for such conduct since it was not within the course and scope of the employment of the individuals alleged to have committed the wrongful acts.

**Fifth Defense**

To the extent the plaintiff bases her claims against defendants on negligence such claims are barred by the Louisiana Workers Compensation Act.

**Sixth Defense**

The plaintiff has failed to state a claim against Jones arising under Title VII, the ADEA or any other discrimination/retaliation provision since Jones is not and was not the plaintiff's employer.

**Seventh Defense**

The plaintiff has not fulfilled a condition precedent to filing a claim under Title VII since she has not filed a timely EEOC Charge related to her membership in any of the Title VII protected categories.

**Eighth Defense**

Defendants deny that they have liability to the plaintiff and/or that she is entitled to recover damages but alternatively allege that to the extent the plaintiff has failed to mitigate her damages, her claims should be reduced and/or defendants are entitled to a set off or credit for any sums earned and/or which could have been earned by the plaintiff in accordance with her duty to mitigate her damages

**Ninth Defense**

To the extent the plaintiff is making claims for gender or disability discrimination, these claims are barred since the plaintiff has not filed a timely EEOC Charge alleging gender or

disability discrimination.

## Tenth Defense

And now specifically responding to the allegations of the plaintiff's complaint, defendants state:

**1.**

The allegations of Numbered Paragraph 1 of the plaintiff's complaint are denied and defendants further state the plaintiff has not made a timely claim arising under Title VII.

**2.**

The allegations of Numbered Paragraph 2 of the plaintiff's complaint are denied for lack of information sufficient to justify belief therein.

**3.**

The allegations of Numbered Paragraph 3 of the plaintiff's complaint are denied as written.

**4.**

The allegations of that section of the plaintiff's complaint entitled "Neighbors Federal Credit Union" are denied.

**5.**

The allegations of that portion of the plaintiff's complaint entitled "Rick Jones" are denied. Further, defendants maintain that the plaintiff has failed to state a claim against Jones since he is not and was not her employer.

**6.**

The allegations of that section of the plaintiff's complaint entitled "Age Discrimination" are denied.

**7.**

The allegations of that portion of the plaintiff's complaint entitled "Discrimination" are denied.

**8.**

The allegations of that portion of the plaintiff's complaint entitled "Retaliation" are denied.

**9.**

The allegations of that part of the plaintiff's complaint entitled "Health/Disability" are denied. Further, defendants contend that the plaintiff has no claim for disability discrimination since she has failed to file a timely EEOC Charge alleging disability discrimination.

**10.**

Defendants pray for trial by jury on all issues so triable.

WHEREFORE, Neighbors Federal Credit Union and Rick Jones pray that the plaintiff's demands be dismissed at her cost.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By: ./s/ Vicki M. Crochet
   Vicki M. Crochet, LA Bar Roll # 4614
   M. Lenore Feeney, LA Bar Roll # 18597
   Lauren R. Hadden, LA Bar Roll #36648
   450 Laurel Street, 8th Floor (70801)
   P.O. Box 2471
   Baton Rouge, LA 70821
   Phone: (225) 387-3221
   Fax: (225) 346-8049
   *Attorneys for the Neighbors Federal Credit Union*

2682026v.1

CERTIFICATE

The undersigned hereby certifies that a copy of the foregoing has been sent via facsimile, electronically and/or by United States mail, postage prepaid to the following:

Sandra Thymes
10641 Hillglen Avenue
Baton Rouge, LA 70810

Baton Rouge, Louisiana, this 2nd day of November, 2021.

*/s/ Vicki M. Crochet*
Vicki M. Crochet